JOHN D. DUNCAN (SBN 179560)
PETER J. SALMON (SBN 174386)
JILLIAN A. BENBOW (SBN 246822)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
E-Mail: jbenbow@piteduncan.com

Attorneys for Plaintiff
AURORA LOAN SERVICES, LLC

FILED
2008 MAY 29 PM 3:10
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURORA LOAN SERVICES, LLC,<br>Plaintiff,<br>v.<br>MARGARET LUCERO, an individual,<br>Defendant.. | Case No. '08 CV 0950 IEG JMA<br>**NOTICE OF PENDENCY OF ACTION**<br>Complaint Filed:<br>Trial Date: |

**NOTICE IS HEREBY GIVEN** that the above captioned action was commenced in the United States District Court for the Southern District of California, by Plaintiff AURORA LOAN SERVICES LLC against Defendant MARGARET LUCERO.

Plaintiff's Complaint asserts causes of action that would affect title to and the right to possession of the real property situated in San Diego County, California commonly known as 4434 Brisbane Way #3, Oceanside, California 92054 and more particularly described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS **EXHIBIT "ONE"** AND INCORPORATED HEREIN BY REFERENCE.

Dated: May 27, 2008

PITE DUNCAN, LLP

JILLIAN A. BENBOW
Attorneys for Plaintiff
AURORA LOAN SERVICES, LLC

# EXHIBIT 1

# EXHIBIT "ONE"

A Condominium Comprised Of:

Parcel 1:

An undivided 1/30th fee simple interest as a tenant in common in and to Building Envelope Nos. 29, 30, 31, 32 and 33 as shown and defined on that certain Condominium Plan of Brisbane Phase 7, recorded in the Office of the County Recorder of San Diego County on June 06, 2003 as Instrument No. 2003-0774042of Official Records ("Condominium Plan "), which is situated within Module G located within Lot 2 of Douglas Drive Condominiums, Map No. 14554, in the City of Oceanside, County of San Diego, State of California, filed in the Office of the County Recorder of San Diego County, March 10, 2003 of Official Records, as shown on the Condominium Plan.

Excepting therefrom all Residential Units within Building Envelope Nos. 29, 30, 31, 32 and 33 within Module G as shown and defined on the Condominium Plan.

Parcel 2:

Residential Unit No. 187, as shown and defined on the Condominium Plan.

Parcel 3:

An exclusive right to use and occupy the Exclusive Use Common Area, if any, as identified on the Condominium Plan as appurtenant to the Residential Unit listed above. Said Exclusive Use Common Areas shall be and are hereby declared appurtenant to Parcel 2 described above.

Parcel 4:

A non-exclusive easement, in common with other owners, for ingress, egress, use and enjoyment, over, in, to and throughout the Association Property shown on the Condominium Plan and over, in, to and throughout the Association Property of the other Phases of the property described in the Declaration excepting therefrom any Exclusive Use Common Areas situated thereon, which easements are appurtenant to Parcels 1, 2 and 3 described above, subject to the provisions of the Declaration.

Parcel 5:

A nonexclusive easement for ingress, egress, and access on, over, through and across a portion of Rainier Way, in the City of Oceanside, County of San Diego, State of California, according to that certain Easement Agreement dated December 1, 2002 and recorded March 11, 2003 as Instrument No. 2003-0271760in the Official Records of the Office of the County Recorder of San Diego County.

Assessors Parcel No.:158-030-39-28

EXHIBIT /