Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

2008 JUN -2 PM 2:52

**SOUTHERN DISTRICT OF CALIFORNIA**

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY KWH DEPUTY

AURORA LOAN SERVICES, LLC

Plaintiff

vs

MARGARET LUCERO, an individual,

Defendant

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0950 IEG JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PITE DUNCAN, LLP
Jillian A. Benbow, Esq.
525 E. Main Street
El Cajon, CA 92022

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUN - 2 2008

DATE

K. HAMMERLY

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)