JOHN D. DUNCAN (SBN 179560)
PETER J. SALMON (SBN 174386)
DOUGLAS A. TOLENO (SBN 250472)
JILLIAN A. BENBOW (SBN 246822)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92117
TELEPHONE: (619) 590-1300
FACSIMILE: (619) 590-1385
E-Mail: dtoleno@piteduncan.com

FILED
2008 AUG -1 PM 3:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ______ DEPUTY

Attorneys for Plaintiff AURORA LOAN SERVICES LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AURORA LOAN SERVICES LLC,<br>Plaintiff,<br>v.<br>MARGARET LUCERO, an individual,<br>Defendant. | Case No. 0950 IEG JMA<br><br>NOTICE OF CHANGE OF ADDRESS |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective July 28, 2008, Pite Duncan, LLP's address has changed to:

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117

PITE DUNCAN, LLP

Date: August 1, 2008

By: ______________________
Douglas A. Toleno
Attorneys for Plaintiff
AURORA LOAN SERVICES LLC

Lucero, Margaret
United States District Court Southern District of California
**Case No(s). 0950 IEG JMA**

## DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, San Diego, CA 92117.

On Ausut 1, 2008, I served the following document(s):

**Notice of Change of Address**

on the parties in this action addressed as follows:

Jack D. Janofsky
315 W. 9th Street, Suite 906
Los Angeles, CA 90015

_X_ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY CERTIFIED MAIL:** I placed a true copy in a sealed envelope addressed as indicated above via certified mail, return receipt requested.

____ **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

____ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed Federal Express envelope addressed as indicated above. I am familiar with the firm's practice of collection and processing correspondence for Federal Express delivery and that the documents served are deposited with Federal Express this date for overnight delivery.

I declare under penalty of perjury under the laws of the State of that the foregoing is true and correct.

Executed this 1st day of August, 2008, at San Diego, California.

Dottie Morris
Dottie Morris