| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PITE, DUNCAN & MELMET, LLP (BK)<br>4375 JUTLAND DRIVE, SUTIE 200<br>SAN DIEGO, CA 92117<br>TELEPHONE NO.(Optional) (619) 590-1300 FAX NO.(Optional) (619) 590-1385<br>EMAIL ADDRESS(Optional):<br>ATTORNEY FOR(Name): | FILED<br>2008 AUG -1 PM 3:55<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: ______ DEPUTY |
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 880 FRONT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: AURORA LOAN SERVICES, LLC<br>DEFENDANT/RESPONDENT: MARGARET LUCERO | CASE NUMBER:<br>08CV0950IEGJMA |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.<br>00S47749-01/000004-005170 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents)*:
   SUMMONS AND COMPLAINT; NOTICE OF PENDENCY OF ACTION;
3. a. Party Served: *(specify name of party as shown on the documents served)*:
   MARGARET LUCERO, AN INDIVIDUAL

   b. Person Served: party in item 3a
4. Address where the party was served: 4434 BRISBANE WAY #3 OCEANSIDE, CA 92054
5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):July 27, 2008 (2) at (time): 08:25 pm

| PETITIONER: AURORA LOAN SERVICES, LLC<br>RESPONDENT: MARGARET LUCERO | CASE NUMBER:<br>08CV0950IEGJMA |
|---|---|

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant

7. **Person who served papers**
   a. Name: BRIAN S. ARTHUR
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $ 71.50
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 326
      (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Date: July 29, 2008

BRIAN S. ARTHUR
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)