YOUR NAME MARGARET LUCERO
YOUR ADDRESS 4434 BRISBANE WAY #3 OCEANSIDE CA 92054
YOUR TELEPHONE NUMBER (760) 433-3839

FILED
08 AUG 20 PM 2:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**NUNC PRO TUNC**
AUG 18 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

AURORA LOAN SERVICES, LLC
Plaintiff
-v-
MARGARET LUCERO, AN individual,
Defendant

motion to EXTEND

Case No.
'08 CV 0950 IEG JMA

I MARGARET LUCERO (DEFENDANT) AM formally REQUESTING A motion FOR EXTENSION OF TIME to Respond.

Plaintiff's ATTORNEY Pite DUNCAN, LLP, Jillian A. Benbow, Esq. 525 E. main street, El Cajon, CA 92022, HAS AGREED to CONSENT to THE EXTENSION OF time. Both PARTIES ARE IN SETTLEMENT NEGOTIATIONS. AND ARE working Through negotiations, so civil Action will NOT BE NESSARY. SEE ATTACHED "EXHIBIT A" Showing Plaintiff's ATTORNEY AGREED.

DATED August 18, 2008

MARGARET LUCERO
[signature]
DEFENDANT
MARGARET LUCERO #3
4434 BRISBANE WAY
OCEANSIDE CA 92054

EXHIBIT A

**Jack Williams**

**From:** "Jillian A. Benbow" <jbenbow@piteduncan.com>
**To:** "Jack Williams" <jlwbenefitmutual@earthlink.net>
**Sent:** Thursday, August 14, 2008 3:11 PM
**Subject:** RE: Lucero, Margaret

Jack,

As you may be aware, this case was filed in federal court. Under the federal rules of civil procedure, Margaret needs to file and serve an answer within 20 days of being served with the summons. By my calculation, 20 days expires on Monday. Unfortunately, under the federal rules we can't unilaterally grant an extension of time to answer. That means that if Margaret does not want to answer the complaint, she will need to file a formal motion for extension with the Court. Of course, we would be willing to consent to the extension during the pendency of our settlement negotiations. Thanks.

Jillian A. Benbow, Esq.
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
(619) 326-2437 [Direct]
(619) 326-2430 [Fax]
jbenbow@piteduncan.com

**From:** Jack Williams [mailto:jlwbenefitmutual@earthlink.net]
**Sent:** Thursday, August 14, 2008 7:48 AM
**To:** Jillian A. Benbow
**Subject:** Re: Lucero, Margaret

*Jillian - Margaret has the information and is working on it. I ask her to get it back to me within 2 days. Also, where do we stand with the Summons. Does she need to send anything to the court or what needs to be done.*

*Thank you,*

Jack Williams, CMP
President
Benefit Mutual Mortgage, Inc

Past, State President, 2006-2007
California Association of Mortgage Brokers
CAMB Broker of the Year 2005-2006
714/879-2188
714/879-6241(Fax)

> ----- Original Message -----
> **From:** Jillian A. Benbow
> **To:** jlwbenefitmutual@earthlink.net
> **Sent:** Wednesday, August 13, 2008 1:55 PM
> **Subject:** Lucero, Margaret
>
> Dear Mr. Williams,