# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC,<br>Plaintiff,<br>vs.<br>MARGARET LUCERO,<br>Defendant. | CASE NO. 08cv0950 IEG (JMA)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT<br><br>(Doc. No. 8.) |

Defendant Margaret Lucero has filed a motion to extend the time to file a response to plaintiffs' complaint (Doc. No. 8.) Plaintiff does not oppose the motion. For good cause appearing, the Court hereby grants defendant an extension of thirty days from the date of this order to respond to the complaint.

**IT IS SO ORDERED.**

**DATED: August 22, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**